**Fill in this information to identify the case:**

Debtor name   **Nationwide Freight Systems, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **22-06364**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................   $    **854,320.03**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................   $    **854,320.03**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $    **2,443,589.72**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................................   $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$    **1,398,277.01**

4.   **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b   |   $    **3,841,866.73**

| Fill in this information to identify the case: |
|---|
| Debtor name **Nationwide Freight Systems, Inc.** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) **22-06364** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TBK Bank** | **Savings** | | **$15,572.42** |
| 3.2. | **PNC National Bank** | | | **$7,749.68** |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Cash Collateral posted with TRIP Captive Insurance Company Bermuda** | **$183,187.00** |
| 4.2. | **Insurance deposits posted with Alera Group** | **$48,000.00** |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $254,509.10 |
|---|

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

| Debtor | **Nationwide Freight Systems, Inc.** | Case number *(If known)* | **22-06364** |
|---|---|---|---|
| | Name | | |

**7.**     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **Deposit Prologis- Building Lease** ............................................... **$50,653.00**

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**     **Total of Part 2.**                                                                                    **$50,653.00**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

11a. 90 days old or less:        **495,813.93**     -     **6,656.00**     = ....     **$489,157.93**
                                              face amount                   doubtful or uncollectible accounts

**12.**     **Total of Part 3.**                                                                                  **$489,157.93**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.**     **Office furniture**

| Debtor | **Nationwide Freight Systems, Inc.** | | Case number *(If known)* | **22-06364** |
|--------|--------------------------------------|---|---------------------------|--------------|
| | Name | | | |

| **Office Furniture, Copiers, Computers** | | $147,039.00 | Liquidation | | $15,000.00 |
|---|---|---|---|---|---|

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | $15,000.00 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Warehouse Racking** | Unknown | Liquidation | $20,000.00 |
| 47.2.  **Peterbilt Truck Tractors (9 leased)** | Unknown | | $0.00 |
| 47.3.  **1 International Truck** | Unknown | Liquidation | $10,000.00 |
| 47.4.  **Chicago Trailer (48 leased)** | Unknown | | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **3 Forklifts** | Unknown | Liquidation | $15,000.00 |
|---|---|---|---|

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    | $45,000.00 |
    |---|

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 3

| Debtor | **Nationwide Freight Systems, Inc.** | Case number *(If known)* | **22-06364** |
| --- | --- | --- | --- |
| | Name | | |

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.   **Lease 32,000 sqft Office and Warehouse 1579 High Point Elgin, IL 60123** | **Lessee** | **Unknown** | | **$0.00** |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$0.00** |
| --- |

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **60.**    **Patents, copyrights, trademarks, and trade secrets** | | | | |
| **61.**    **Internet domain names and websites** **www.nationwidefreightsystems.com** | | **Unknown** | | **$0.00** |
| **62.**    **Licenses, franchises, and royalties** | | | | |

Debtor    **Nationwide Freight Systems, Inc.**                                   Case number *(If known)*  **22-06364**
_____Name_____

|  |  |  |  |
|---|---|---|---|
| | **MC number registered with US Department of Transportation** | **Unknown** | **$0.00** |
| | **Warehouse License with Illinois Commerce Commission** | **Unknown** | **$0.00** |
| 63. | **Customer lists, mailing lists, or other compilations** <br> **Customer List** | **Unknown** | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** <br> **Corporate Good Will** | **Unknown** | **Unknown** |

| 66. | **Total of Part 10.** | **$0.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
  ■ No
  ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

<table>
<tr><td>Part 11:</td><td>All other assets</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable** <br> Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, | |

| Debtor | **Nationwide Freight Systems, Inc.** | Case number *(If known)* **22-06364** |
| | Name | |

country club membership
**4 Trailers and 1 truck are in the possession of Preventative Maintenance Company and are being withheld pending payment of certain repair invoices.**

**Unknown**

---

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

     **$0.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

Debtor  **Nationwide Freight Systems, Inc.**                                      Case number *(If known)*  **22-06364**
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$254,509.10** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$50,653.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$489,157.93** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$15,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$45,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$854,320.03** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$854,320.03** |

**Fill in this information to identify the case:**

Debtor name   **Nationwide Freight Systems, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **22-06364**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                       12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Advia Credit Union** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien<br>**PPP Loan to be forgiven** | $286,000.00 | Unknown |

**560 South Riverview**
**Parchment, MI 49004**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

| 2.2 | **Forward Financing LLC** | | $132,100.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien<br>**Certain Accounts Receivable** | | |

**53 State Street**
**20th Floor**
**Boston, MA 02109**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Nationwide Freight Systems, Inc.** | Case number (if known) | **22-06364** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **PNC National Bank** | Describe debtor's property that is subject to a lien | **$640,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**1900 Ninth St.**
**Cleveland, OH 44114**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **PNC National Bank** | Describe debtor's property that is subject to a lien | **$773,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **PPP Loan to be forgiven** | | |

**1900 Ninth St.**
**Cleveland, OH 44114**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.5 | **SBA** | Describe debtor's property that is subject to a lien | **$150,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **EIDL/All Assets** | | |

**14925 Kingsport Rd.**
**Fort Worth, TX 76155-2243**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

| Debtor | **Nationwide Freight Systems, Inc.** | | Case number (if known) | **22-06364** |
| --- | --- | --- | --- | --- |
| | Name | | | |

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Vox Funding** | | Describe debtor's property that is subject to a lien | $462,489.72 | Unknown |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**132 E. 43rd St.**
**Suite 311**
**New York, NY 10017**

Creditor's mailing address

**Certain Accounts Receivable**

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,443,589.72 |
| --- | --- | --- |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Martin Wasserman**<br>**Carlson Dash**<br>**216 S.  Jefferson St., Suite 504**<br>**Chicago, IL 60661** | Line  **2.3** | |
| **Martin Wasserman**<br>**Carlson Dash**<br>**216 S.  Jefferson St., Suite 504**<br>**Chicago, IL 60661** | Line  **2.4** | |

| Fill in this information to identify the case: |
| --- |

Debtor name **Nationwide Freight Systems, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known) **22-06364**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,010.22**
--- | --- | --- | ---

**3PL Central**
**100 N. Pacific Coast Hwy**
**Suite 1100**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$410.09**

**Alpha Graphics**
**6294 Northwest Hwy**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$1,279.62**

**Amerigas**
**522 S. Vermont St.**
**Palatine, IL 60067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$71,000.00**

**Artex Insurance**
**2850 Golf Rd**
**Rolling Meadows, IL 60008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Nationwide Freight Systems, Inc.** | Case number (if known) | **22-06364** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,885.32**

**Blue Cross Blue Shield**
**300 S. Randolph**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,597.15**

**Blue IP**
**410 S. Rampart Blvd. Suite 460**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$259,193.15**

**BPREP Randall Point LLC**
**2121 North Pearl St. Suite 1210**
**Attn Ryan Sole**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,031.00**

**Burke Warren MacKay Serritella**
**330 N. Wabash Ave. Suite 2100**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$458,762.00**

**Chicago Trailer Pool**
**9N586 IL-25**
**Elgin, IL 60120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$955.76**

**Cintas Saftey Services**
**5100 26th Ave.**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,875.50**

**Citi Corp**
**388 Greenwich St.**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nationwide Freight Systems, Inc.** | | Case number (if known) | **22-06364** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$480.00** |
| --- | --- | --- | --- |

**Comcast**
**1701 JFK Blvd.**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$523.95** |
| --- | --- | --- | --- |

**ComData IFTA Data Integrator**
**5301 Maryland Way**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$862.00** |
| --- | --- | --- | --- |

**ComEd**
**440 S. LaSalle St.**
**Chicago, IL 60605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,553.75** |
| --- | --- | --- | --- |

**Commercial Tire**
**1105 N. 30th Ave.**
**Elgin, IL 60124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,384.98** |
| --- | --- | --- | --- |

**Compass Lease**
**5150 South Lawndale Ave.**
**Summit Argo, IL 60501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$667.00** |
| --- | --- | --- | --- |

**DAT**
**8405 SW Nimbus**
**Beaverton, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Software Services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
| --- | --- | --- | --- |

**Driver Reach**
**880 Monon Green Blvd.**
**Carmel, IN 48032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nationwide Freight Systems, Inc.** | Case number (if known) | **22-06364** |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,555.00 |
|---|---|---|---|

**Hamilton Schuyler LLC**
**c/o Ted Myers**
**15826 Goham Lane**
**Wadsworth, IL 60083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,195.00 |
|---|---|---|---|

**Heartland Wisconsin Corp.**
**445 W. Oklahoma Ave.**
**Milwaukee, WI 53207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.90 |
|---|---|---|---|

**Hire Right Driver**
**Qualification Services**
**25064 Network Place**
**Chicago, IL 60673-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,902.09 |
|---|---|---|---|

**Insurance TPA.com**
**8500 Freeport Pkwy**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $872.07 |
|---|---|---|---|

**Lift Truck**
**761 North 17th St., #14**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,201.44 |
|---|---|---|---|

**MBR Truck Maintenance**
**121 Josephone Ave.**
**South Elgin, IL 60177**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,897.91 |
|---|---|---|---|

**National Financial**
**817 Oak Hollow Rd.**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nationwide Freight Systems, Inc.** | Case number (if known) | **22-06364** |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,062.00**

**Nicor Gas**
**1844 Ferry Rd.**
**Naperville, IL 60563**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00**

**Orkin**
**1524 Elmhurst Rd.**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,000.00**

**PBK Global Logistics Inc.**
**1579 Highpoint Dr.**
**Elgin, IL 60123**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,178.62**

**Pilot**
**5508 Lonas Drive**
**Knoxville, TN 37909**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,003.06**

**PNC National Bank**
**1900 Ninth St.**
**Cleveland, OH 44114**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,366.53**

**Pomps Tire**
**1301 Busse Rd.**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Precision Cleaning**
**10458 Oxford Drive**
**Huntley, IL 60142**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nationwide Freight Systems, Inc.**
_____
Name

Case number (if known)   **22-06364**

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,622.89** |
|---|---|---|---|

**Preventative Maintenance Systems**
**36W756 Hickory Hollow Dr.**
**Dundee, IL 60118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,211.03** |
|---|---|---|---|

**Principal Insurance**
**711 High St.**
**Des Moines, IA 50392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Employee Benefits**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96,000.00** |
|---|---|---|---|

**Prologis**
**6250 River Rd.**
**Rosemont, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,000.00** |
|---|---|---|---|

**Robert D. Kuehn**
**430 Oxford Lane**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Loan to Company**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,200.00** |
|---|---|---|---|

**Ryder**
**14226 Ventura Blvd.**
**Sherman Oaks, CA 91423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$365.46** |
|---|---|---|---|

**SBC**
**2401 Gardner Rd.**
**Broadview, IL 60155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trash Removal**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,014.35** |
|---|---|---|---|

**Scantek**
**4530 W. Crystal Lake Rd.**
**McHenry, IL 60005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nationwide Freight Systems, Inc.** | | Case number (if known) | **22-06364** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,218.32** |
|---|---|---|---|

**Secretary of State of Illinois**
**100 West Randolph St.**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,478.25** |
|---|---|---|---|

**Stassen Insurance Agency**
**1662 S Eastwood Dr.**
**Woodstock, IL 60098-1600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$795.00** |
|---|---|---|---|

**Techpro**
**2000 Gary Lane**
**Geneva, IL 60134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Thyssenkrupp**
**305 Corporate Dr.**
**Elgin, IL 60123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,426.98** |
|---|---|---|---|

**Trimble**
**935 Stuart Rd.**
**Sunnyvale, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Transportation Management Software**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,217.54** |
|---|---|---|---|

**Trimble Maps**
**4400 Baxter**
**Minnetonka, MN 55243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$579.48** |
|---|---|---|---|

**Verizon**
**140 West St.**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nationwide Freight Systems, Inc.** | Case number *(if known)* | **22-06364** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,012.60 |
|---|---|---|---|

**Wentworth Tire**
**300 N. York Road**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Wex Fuel**
**PO Box 94565**
**Cleveland, OH 44101-4565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **George Weems**<br>**Ice Miller LLP**<br>**2300 Cabot Dr., Suite 455**<br>**Lisle, IL 60532** | Line **3.7**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **SRA Associates**<br>**112 West Park Dr.**<br>**Suite 200**<br>**Mt. Laurel, NJ 08654** | Line **3.30**<br><br>☐ Not listed. Explain ____ | __ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,398,277.01 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,398,277.01 |

**Fill in this information to identify the case:**

Debtor name **Nationwide Freight Systems, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **22-06364**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Lease 48 trailers** | |
| State the term remaining **contnuous** | |
| List the contract number of any government contract | **Chicago Trailer Pool**<br>**9N586 IL-25**<br>**Elgin, IL 60120** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Lease/Buyout of 9 Tractors** | |
| State the term remaining | |
| List the contract number of any government contract | **Heartland Wisconsin Corp.**<br>**445 W. Oklahoma Ave.**<br>**Milwaukee, WI 53207** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Business Premises** | |
| State the term remaining | |
| List the contract number of any government contract | **Prologis**<br>**6250 River Rd.**<br>**Rosemont, IL 60018** |

**Fill in this information to identify the case:**

Debtor name **Nationwide Freight Systems, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **22-06364**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Robert D. Kuehn** | **430 Oxford Lane**<br>**Crystal Lake, IL 60014** | **Chicago Trailer Pool** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.2 | **Robert D. Kuehn** | **430 Oxford Lane**<br>**Crystal Lake, IL 60014** | **Forward Financing LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Robert D. Kuehn** | **430 Oxford Lane**<br>**Crystal Lake, IL 60014** | **PNC National Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Robert D. Kuehn** | **430 Oxford Lane**<br>**Crystal Lake, IL 60014** | **Vox Funding** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   __Nationwide Freight Systems, Inc.__

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   __22-06364__

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
■   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
■   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
■   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
■   *Schedule H: Codebtors (Official Form 206H)*
■   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐   *Amended Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __July 5, 2022__          X *Robert D Kuehn*
Signature of individual signing on behalf of debtor

__Robert D. Kuehn__
Printed name

__President__
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Nationwide Freight Systems, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **22-06364**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,398,556.00** |
| **For prior year:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$5,426,005.00** |
| **For year before that:** From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$5,855,448.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor   **Nationwide Freight Systems, Inc.**                                   Case number *(if known)*  **22-06364**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Robert D. Kuehn**<br>**430 Oxford Lane**<br>**Crystal Lake, IL 60014**<br>**President** | | **$107,110.00** | **Compensation** |
| 4.2.   **Pam Kuehn** | | **$51,628.75** | **Compensation** |

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Preventative Maintenance Systems** | **4 Trailers and 1 truck (being withheld for payment of repair costs)** | | **Unknown** |

6.   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **US Dept of Labor vs. Debtor** | **Employee Benefits dispute** | **Employee Benefits Security Admnistration** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Nationwide Freight Systems, Inc.**                                    Case number *(if known)*  **22-06364**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **IL Dept of Labor v. Debtor** 20-001691 | **Wage Dispute** | | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. **BPREP Randall Point LLC vs NFS** 21 L 000111 | **Lease/Breach of Contract** | **Circuit Court of Kane County Illinois** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Nationwide Freight Systems, Inc.**                                          Case number *(if known)*   **22-06364**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Burke Warren MacKay Serritella**<br>**330 N. Wabash Ave. Suite 2100**<br>**Chicago, IL 60611** | **$42,000.00 was paid by Robert D. Kuehn on May 12, 2022 of which $12,000.00 was applied for legal services rendered in May 2022 leaving an unapplied balance of the pre-petition retainer of $30,000.00.** | **5/12/2022** | **$42,000.00** |
| **Email or website address**<br>dwelch@burkelaw.com | | | |
| **Who made the payment, if not debtor?**<br>**Robert Kuehn** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1.   **TRIP Captive Insurance Company Bermuda** | **Cash Collateral posted with TRIP Captive Insurance Company Bermuda** | | **$183,187.00** |
| **Relationship to debtor** | | | |
| 13.2.   **Alera Group** | **Insurance deposits posted with Alera Group** | | **$48,000.00** |
| **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.   **1385 Madeline Lane**<br>**Suite 100**<br>**Elgin, IL 60123** | **8/1/12 - 7/31/20** |

| Part 8: | Health Care Bankruptcies |
|---|---|

Debtor    **Nationwide Freight Systems, Inc.**                    Case number *(if known)*  **22-06364**

---

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Nationwide Freight Systems, Inc. Simple IRA** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **Nationwide Freight Systems, Inc.** | Case number *(if known)* **22-06364** |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See Attached** | | **Customer cargo in warehouse** | **$0.00** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **6** |
|---|---|---|

| Debtor | **Nationwide Freight Systems, Inc.** | Case number *(if known)* **22-06364** |
|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Jackie Philp (Former Employee)** | **Left employment on 9/20** |
| 26a.2.   **Ben Ortiz (Former Consultant)**<br>**CFO** | **Left employment 4/21** |
| 26a.3.   **Graciano Flores CPA**<br>**(Current Tax Advisor)** | **Current** |
| 26a.4.   **Ted Myers**<br>**(Former Independent Contractor)** | **4/21-3/1/22** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **GLM Financial**<br>**20856 N. Rand Road**<br>**Kildeer, IL 60010** | **Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **PNC National Bank**<br>**1900 Ninth St.**<br>**Cleveland, OH 44114** |
| 26d.2.   **Advia Credit Union**<br>**560 South Riverview**<br>**Parchment, MI 49004** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    **Nationwide Freight Systems, Inc.**                              Case number *(if known)*   **22-06364**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert D. Kuehn | 430 Oxford Lane<br>Crystal Lake, IL 60014 | President | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1<br>. | Robert D. Kuehn<br>430 Oxford Lane<br>Crystal Lake, IL 60014 | $107,000.00 | 1/1/21-To Date | Salary |
| | Relationship to debtor<br>President | | | |
| 30.2<br>. | Pam Kuehn | $51,628.75 | 1/21/21 - to date | Salary |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Nationwide Freight Systems, Inc. Simple IRA | EIN: |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor   __Nationwide Freight Systems, Inc.__                                    Case number *(if known)*  __22-06364__

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __July  5, 2022__

__Robert D. Kuehn__ *(signature)*                             Robert D. Kuehn
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   __President__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## United States Bankruptcy Court
### Northern District of Illinois

In re   Nationwide Freight Systems, Inc.

Debtor(s)

Case No.   **22-06364**

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Robert D. Kuehn<br>430 Oxford Lane<br>Crystal Lake, IL 60014 | Common | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   July 5, 2022

Signature   *Robert D Kuehn*

Robert D. Kuehn, President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Nationwide Freight Systems, Inc.**                                  Case No.   __22-06364__
_____                          Chapter    __11__
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **To be determined** |
| Prior to the filing of this statement I have received | $ | **42,000.00\*** |
| Balance Due | $ | **To be determined** |

2.  The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify):    **Robert D. Kuehn**

3.  The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **All legal services required for the Debtor.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **N/A**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__July  5, 2022__                                    /s/ David K. Welch
_Date_                                               **David K. Welch 06183621**
                                                     _Signature of Attorney_
                                                     **Burke, Warren, MacKay & Serritella, P.C.**
                                                     **330 N. Wabash**
                                                     **21st Floor**
                                                     **Chicago, IL 60611**
                                                     **312-840-7122**
                                                     **dwelch@burkelaw.com**
                                                     _Name of law firm_

---

**\*$42,000.00 was paid by Robert D. Kuehn on May 12, 2022 of which $12,000.00 was applied for legal services
rendered in May 2022 leaving an unapplied balance of the pre-petition retainer of $30,000.00.**

# Burke, Warren, MacKay & Serritella, P.C.

21ˢᵗ FLOOR   AMA PLAZA
330 NORTH WABASH AVENUE
CHICAGO, ILLINOIS  60611-3607
TELEPHONE:  (312) 840-7000
FACSIMILE:  (312) 840-7900

David K. Welch
Direct Dial Number
(312) 840-7122
dwelch@burkelaw.com

May 4, 2022

**Via Email**: BKuehn@nationwidefreightsystems.com
Nationwide Freight Systems, Inc.
c/o Robert Kuehn, President
1579 Highpoint Drive
Elgin, IL 60123

Re:    **Engagement – Nationwide Freight Systems, Inc. – Chapter 11**

Dear Mr. Kuehn:

Thank you for selecting Burke, Warren, MacKay & Serritella, P.C. ("Firm" or "us/we/our") to provide legal representation to Nationwide Freight Systems, Inc. ("you/your") as described in this letter. Our goal is to provide high quality legal services under a fair and reasonable fee structure. This letter sets forth the terms of our engagement, including the scope of our representation and how we charge for legal services.

1.    Scope of Representation.   The scope of our engagement is to provide legal representation in connection with the preparation, filing and representation of Nationwide Freight Systems, Inc. in a reorganization case under Chapter 11 of the Bankruptcy Code . Any material change in the nature or scope of our engagement is subject to our mutual agreement. Unless otherwise agreed in writing, this letter will also govern our engagement to perform other legal work that you may request that we undertake, and which we agree to undertake, from time to time.

2.    Outcome.   Although we will provide you with our professional judgment and advice, we cannot guarantee a particular outcome of any engagement and thus cannot guarantee that the ultimate outcome will be consistent with your wishes. Our analysis concerning any such outcome is necessarily limited to the facts known to us at the time such views are expressed. Payment for our services is not contingent upon the outcome of any matter.

3.    Determination of Fees.   The amount charged for legal services will be computed on the basis of the time expended, calculated on an hourly basis. We assign hourly rates for each member of our legal staff based on years of experience, degree of specialization and expertise, and level of professional attainment. My current hourly rate is $520.00. I intend to have my partner, Brian P. Welch, be involved in this representation. His hourly rate is $360.00. Hourly rates for all personnel are adjusted from time to time, generally at the beginning of each calendar year. Please understand that time spent may include a broad array of telephone and personal contacts, email and traditional correspondence, legal research, conferences, document drafting and review, attendance at depositions, motions and trials/hearings and other activities.

4.    Disbursements.   You will not be billed for faxes, in-house photocopying, telephone charges, local meals, Westlaw research, local travel, postage, staff overtime, and docket maintenance. We absorb such

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

Nationwide Freight Systems, Inc.
Attn: Robert Kuehn, President
May 4, 2022
Page 2

costs as part of our overhead.  You are responsible for payment of certain out-of-pocket disbursements and other charges for other items and services incurred in connection with our professional services.  These include, without limitation, expenses for non-local travel; outside printing and reproduction; delivery and messenger service; filing fees and filing services; Uniform Commercial Code ("UCC") searches and other searches; deposition and transcript costs; document and data retention, management and processing services, including e-discovery and document production costs; witness fees; and charges made by outside experts and consultants, including accountants, appraisers, investigators and other legal counsel (unless arrangements for direct billing have been made).  Costs or disbursements may, at our discretion, be billed by the vendor directly to you, in which event you agree to make prompt, direct payment to the vendor.

5.   <u>Billings</u>.  We will bill on a regular basis, normally every month, for both fees and disbursements. You agree to make payment within thirty days from the statement date.  We encourage you to discuss freely with us any questions that you have concerning a fee charged for any matter, as we want our clients to be satisfied with both the quality of our services and the reasonableness of the fees that we charge for those services.  In the event your account becomes delinquent, and we are unable to arrange satisfactory payment terms, we may withdraw from representation and elect to pursue collection of the account, and we shall have all general, possessory, or retaining liens, and all special or charging liens, recognized by law.  You agree to pay our costs of collection, including court costs and reasonable attorneys' fees.

6.   <u>Mutual Communication</u>.  We will keep you informed of the status of matters as they progress.  If you wish us to make sure that we keep a particular client representative or representatives informed, please let us know so that we may make appropriate arrangements.  In addition, please feel free to contact me at any time if you ever have questions about any aspect of our work on this matter.  You are expected to provide us with timely responses to requests for documentation and information that we may need to carry out our function as counsel.  Please bear in mind that if we do not obtain such cooperation, the quality of our representation may suffer and may cause us to withdraw from further work.

7.   <u>Electronic Communications</u>.  The Firm may send documents or other information, including documents and information covered by the attorney-client or work product privilege, using external electronic communication ("EC") (via the internet or other network).  You understand that EC is not an absolutely secure method of communication.  You acknowledge and accept this risk and authorize the Firm to use EC means to communicate with you or others in connection with our representation of you.  If there are certain documents with respect to which you wish to maintain absolute confidentiality, you must advise us in writing not to send them via EC and we will comply your request.

8.   <u>Protected Health Information</u>. The scope of our representation does not require that we have access to any protected health information ("PHI") as defined in HIPAA and the corresponding privacy regulations, and you agree not to disclose any PHI to us.  If you believe that the disclosure of PHI to us is necessary, please advise us prior to making any such disclosure so that we can enter into an appropriate business associate agreement and implement any necessary security precautions.

9.   <u>Renewals</u>.  The Firm does not undertake to maintain the good standing of any entity or the effectiveness of any UCC financing statements, judgments, liens, or any other filings or registrations of limited effective duration unless specifically agreed in writing, and then only during the duration of our representation of you.

BURKE, WARREN, MacKAY & SERRITELLA, P.C.

Nationwide Freight Systems, Inc.
Attn: Robert Kuehn, President
May 4, 2022
Page 3

10. <u>Insurance Coverage</u>. If you have or may have insurance coverage for a matter for which we serve as your counsel, you are responsible for determining if such coverage exists and timely notifying the insurer. The Firm will assist in this regard upon request, but we do not undertake any responsibility to advise you as to the existence, applicability or availability of insurance coverage unless you specifically ask for our assistance in that regard and we agree in writing to provide such assistance.

11. <u>Advance Payment Retainer</u>. We require a retainer in the amount of $42,000.00 in connection with this representation. We have agreed that this retainer will be paid upon the execution of this engagement letter. It is expressly understood and agreed that the Chapter 11 case cannot be filed until the entire $42,000.00 retainer is paid in full. These funds will not be deposited in our client trust account. Rather, these funds will be deposited in the Firm's general account, and will belong to the Firm at that time; to minimize administration expenses the Firm will retain any interest earned. These funds will be applied to our billings for services rendered and expenses incurred. We will return to you any portion of the retainer remaining at the conclusion of our legal representation, or at such time as the deposit is unnecessary. If the retainer deposit becomes insufficient based upon current fees and expenses, we may ask to have it increased. An advance payment retainer seeks to ensure that the retainer funds will remain available for your benefit rather than the claims of your creditors or a bankruptcy trustee; this would enable us to continue to use the funds to represent you even if you suffer adverse financial circumstances. You have the right to request that your retainer deposit be placed, instead, in our client trust account; however, in that event the funds would be treated as a security retainer and will remain your property until they are earned as legal fees, but could be subject to potential seizure by your creditors. It is agreed and understood that the legal services relating to this engagement may exceed the total amount of this retainer. In the event that the fees and expenses for this engagement exceed the retainer, it is further agreed and understood that Nationwide Freight Systems, Inc. shall pay such additional fees and expenses when due.

12. <u>Representation of Entity</u>. We will be representing Nationwide Freight Systems, Inc. as a whole, meaning that we do not represent its individual owners, officers, directors, managers or employees or its parent, subsidiaries, or other affiliates unless we are specifically engaged to do so. Accordingly, absent a specific, separate engagement to represent such other persons or entities, you agree that our representation of you does not create an attorney-client relationship between the Firm and any of such other persons or entities. Thus, attorney client privilege exists between Nationwide Freight Systems, Inc. and us; any information we receive may be disclosed to Nationwide Freight Systems, Inc. or its governing persons. If we determine in the course of our representation that any individual is acting, or may act, in a way that may be adverse to the interests of the entity, we may have an obligation to report this to the management of Nationwide Freight Systems, Inc. Further, Illinois law limits the scope of the attorney-client privilege to communications between an attorney and an organizational client, such as a corporation, to those communications that are between the attorney and the client's "control group," which consists of: (i) senior management with the ability to make a final legal decision for the organization, and (ii) those employees and agents who perform an advisory role to top management such that a final legal decision would not be made without the advice or opinion of any such employee or agent. Please let us know if you have any questions about which employees or agents are within your control group for purposes of preserving the attorney-client privilege.

13. <u>Future Conflicts</u>. We may from time to time represent clients that do business with you. Although we hope it does not occur, it is possible that in the future that some of our clients ("Other Clients") may have matters that are adverse to you. Our ability to undertake representation of Other Clients in matters

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

Nationwide Freight Systems, Inc.
Attn: Robert Kuehn, President
May 4, 2022
Page 4

adverse to you will be governed by the Illinois Rules of Professional Conduct and we will seek your consent to representation whenever required by the Illinois Rules of Professional Conduct to the extent such consent has not been previously provided in this paragraph. You agree that when such Other Client is a debtor in a bankruptcy, assignment for benefit of creditors, work-out, insolvency, restructuring or other similar proceeding that adjusts creditors' rights where you are a creditor in such proceeding: (i) we may represent Other Clients, (ii) you waive any conflict of interest or other objection that would preclude our representation of Other Clients, and (iii) you will not to seek to disqualify our Firm from such representation, provided that (a) we did not represent you in the transaction or arrangement giving rise to your claim in such proceeding, (b) we notify you of our representation of the Other Client in such proceeding, (c) no Firm lawyer who has represented you within the preceding two (2) years is involved in such representation of the Other Client; and (d) there is no reasonable probability that confidential information you furnished to us could be used to your disadvantage in such proceeding. You acknowledge that you have had an opportunity to consult with other counsel (in-house or otherwise) prior to agreeing to this waiver, and have made your own decision about whether to do so. Although you may revoke this waiver as to future matters at any time, such revocation will not affect any such matters undertaken by the Firm prior to receipt of notice by the Firm of the revocation.

14. <u>Joint Representation</u>. Whenever there is representation of multiple clients in a single matter, there is a possibility that at certain stages of the representation the individual clients' interests may conflict. Even when all parties' interests are initially compatible, circumstances can change and conflicts can develop. Conflicts can result from a variety of circumstances. We want you to be aware of the above possibilities and also want you to consider the following:

(a) You may wish to consult an independent attorney for advice about whether to proceed with joint representation in this matter.

(b) One consequence of our joint representation is that any communications you may have with the Firm in the course of this engagement will not be subject to the attorney-client privilege in any subsequent litigation that may occur between jointly represented clients, although such communications will retain their protected status as against others whom the Firm is not representing.

(c) Information provided to us by any of you pertaining to the representation may be shared with each of you. We will be required to withdraw if any of you decides that some information material to the representation should be kept from the other parties.

(d) Our partisanship role normally expected in representation of a single client may be constrained where the viewpoints and objectives of multiple clients must be collectively represented, and, as a result, each of you may be required to assume greater responsibility for decisions than when each client is separately represented. If disagreements arise among you concerning how we are to proceed with the representation, we will not be able to advise you or advocate for you individually, and if the issues cannot be resolved to your mutual satisfaction we will be required to withdraw from representing any of you with respect to the matter.

(e) If subsequent litigation occurs between you relating to this matter, the Firm would not represent any of you in that litigation.

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

Nationwide Freight Systems, Inc.
Attn: Robert Kuehn, President
May 4, 2022
Page 5

On the other hand, our joint representation would provide you with the economic benefit of having one lawyer or law firm representing all of you and could streamline your ability to complete the transaction. After considering the information described in this paragraph, you may waive the conflict and consent to joint representation subject to the conditions outlined above by agreeing to and accepting the terms of this letter.

15. <u>Termination of Representation.</u>

(a)    You have the right to terminate our representation of you at any time for any reason by written notice to us. To the extent permitted by the applicable rules of professional conduct, we also reserve the right to terminate our representation of you upon written notice given at any time and for any reason.

(b)    If either you or we terminate our representation of you for any reason, you will take all steps necessary to free us of any obligation to perform further services for you, including the execution of any documents necessary to substitute counsel and to consent to our withdrawal as your counsel in any proceeding.

(c)    The termination of our attorney-client relationship will not affect your ongoing responsibility to pay any fees, costs and disbursements incurred through the date of termination or incurred subsequent to receipt of such notice but, in our view, reasonably necessary to protect your interests.

(d)    Upon termination of our active involvement in a particular matter, we will have no duty to inform you of new developments or changes in law which may be relevant to such matter. Further, unless you and the Firm agree in writing to the contrary, we will have no obligation to monitor renewal or notice dates or similar deadlines which may arise with respect to such matter. If your matter involves obtaining a judgment and such judgment is obtained, we will only be responsible for those post judgment services (such as recording abstracts, filing judgment liens, and calendaring renewal of judgments) as are expressly agreed to by the Firm in writing and for which you will be obligated to pay.

(e)    After our engagement has ended, you may request delivery of your client files. Client files do not include Firm documentation, including Firm invoices, billing and timekeeping records, internal memoranda, e-mails and other communications between or among Firm attorneys and/or other Firm personnel; attorneys' notes; conflicts searches and other client intake-related documents; client relationship documentation; administrative records and other documents intended for internal use; and documents that we are prohibited, by court order or agreement with a third party, from providing to you. In the absence of a request for a file, the Firm shall be authorized to destroy your client files in accordance with our retention policy for client files then in effect, without further notice. The Firm retains the right to make copies of any file, at our expense, for our own information and retention purposes. The Firm retains the right, after termination of the attorney-client relationship and subject to applicable law and rules of professional conduct, to retain your client files, including original documents and other materials, pending payment of any amount owed by you to us.

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

Nationwide Freight Systems, Inc.
Attn: Robert Kuehn, President
May 4, 2022
Page 6

16. <u>Entire Agreement; Governing Law</u>. This letter represents the entire agreement between the parties with respect to the representation described herein, and no party is relying on, or is entitled to rely on, any statements not expressly contained herein. No changes may be made to this letter without the written consent of all of the parties hereto. This letter will be governed by, construed and enforced in accordance with the internal laws of the State of Illinois without regard to choice of law principles.

Please carefully review this letter. If the terms contained herein are not consistent with your understanding of our engagement in any respect or if you have any questions, please call me promptly at (312) 840-7122. Absent timely advice from you to the contrary, we will act in reliance upon the understanding that this letter reflects our mutual understanding regarding the terms of our engagement. Nonetheless, we do require that you confirm your acceptance of these terms by signing and returning to us a copy of this letter as well the advance payment retainer as a condition to continuing with any representation. Please return a signed copy to me as soon as possible. We appreciate the opportunity to be of service.

Sincerely,

By: /s/ David K. Welch

The undersigned hereby agrees to the terms and conditions of this letter.

Nationwide Freight Systems, Inc.

By: Robert Kuehn
Title: President